

# Missouri Court of Appeals
## Southern District

## OCTOBER 20, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33553

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             NEIL ROGER JOHNSON, II,
             Defendant-Appellant.

2.    Case No.  SD33700

      Re:    STATE OF MISSOURI,
             Respondent,
             vs.
             ALDO JAVIER MUNGUIA,
             Appellant.